Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT FORBES, | |
| Plaintiff, | NO. 2:17-cv-00838-RSL |
| v. | STIPULATION AND [PROPOSED] |
| SENTRY CREDIT, INC. d/b/a/ WEST COAST ADJUSTERS, | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant. | NOTE ON MOTION CALENDAR |
| | September 20, 2017 |

## STIPULATION

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims and counterclaims herein by any party may be dismissed with prejudice and without an award of fees or costs to any party.

DATED this 20th day of September, 2017.

Simburg Ketter Sheppard & Purdy, LLP
Attorneys for Defendant

Anderson Santiago PLLC
Attorneys for Plaintiff

By /s/ Andrew Shafer
Andrew Shafer, WSBA #9405

By /s/ T. Tyler Santiago
T. Tyler Santiago, WSBA #46004

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:17-CV-00838-RSL) — 1

Anderson | Santiago
787 MAYNARD AVENUE SOUTH
SEATTLE, WA 98104
(206) 395-2665

## ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims and counterclaims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 21st day of Sept., 2017.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Court Judge

Jointly presented by:

Anderson Santiago PLLC
Attorneys for Plaintiff

By /s/ T. Tyler Santiago
Jason D. Anderson, WSBA #46004
787 Maynard Ave. S.
Seattle, Washington 98104
Telephone: (206) 395-2665

Simburg Ketter Sheppard & Purdy
Attorneys for Defendant

By s/ Andrew Shafer
Andrew Shafer, WSBA #9405
999 Third Avenue, Suite 2525
Seattle, WA 98104-4089
Telephone: (206) 382-2600